HOPEWELL BAPTIST CHURCH OF NEWARK, NEW JER-
SEY, *ETC.*, PLAINTIFF-RESPONDENT, v. CYRUS GARY,
*ET AL, ETC.*, DEFENDANTS-APPELLANTS.

Argued October 27, 1970 — Decided November 9, 1970.

*Mr. Raymond A. Brown* argued the cause for appellants.

*Mr. William L. Brach* argued the cause for respondents
(*Messrs. Brach, Eichler, Rosenberg & Silver,* attorneys; *Mr.
Burton L. Eichler,* of counsel; *Mr. Lance A. Posner,* on
the brief).

PER CURIAM. The judgment is affirmed for the reasons
expressed in the majority opinion filed Per Curiam in the
Appellate Division, 111 *N. J. Super.* 1.

*For affirmance*—Chief Justice WEINTRAUB and Justices
JACOBS, FRANCIS, PROCTOR, HALL, SCHETTINO and HANE-
MAN—7.

*For reversal*—None.